Steven E. Fineman
Daniel P. Chiplock
Michael J. Miarmi
Jason L. Lichtman (N.J. State Bar # 8092011)
Douglas I. Cuthbertson
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  (212) 355-9500
Facsimile:   (212) 355-9592
E-mails: sfineman@lchb.com
         dchiplock@lchb.com
         mmiarmi@lchb.com
         jlichtman@lchb.com
         dcuthbertson@lchb.com

Civil Action No.: 2:14-cv-02027

[Additional counsel listed on signature page]

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LORD ABBETT AFFILIATED FUND, INC.; LORD ABBETT BOND-DEBENTURE FUND, INC.; LORD ABBETT RESEARCH FUND, INC. – LORD ABBETT CLASSIC STOCK FUND (n/k/a LORD ABBETT RESEARCH FUND, INC. – LORD ABBETT CALIBRATED DIVIDEND GROWTH FUND); LORD ABBETT SECURITIES TRUST – LORD ABBETT FUNDAMENTAL EQUITY FUND; LORD ABBETT SECURITIES TRUST – LORD ABBETT GROWTH LEADERS FUND; LORD ABBETT SERIES FUND, INC. – GROWTH AND INCOME PORTFOLIO; LORD ABBETT SERIES FUND, INC. – FUNDAMENTAL EQUITY PORTFOLIO; and LORD ABBETT GLOBAL FUND, INC. – LORD ABBETT GLOBAL ALLOCATION FUND (n/k/a LORD ABBETT GLOBAL FUND, INC. – LORD ABBETT MULTI-ASSET GLOBAL OPPORTUNITY FUND),

   Plaintiffs,

 v.

MERCK & CO., INC.; EDWARD M. SCOLNICK; ALISE S. REICIN; RAYMOND V. GILMARTIN; PETER S. KIM; JUDY C. LEWENT; KENNETH C. FRAZIER; RICHARD C. HENRIQUES; DAVID W. ANSTICE; and PER WOLD-OLSEN,

   Defendants.

## **CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, this corporate disclosure statement is submitted by the undersigned counsel on behalf of Plaintiffs Lord Abbett Affiliated Fund, Inc.; Lord Abbett Bond-Debenture Fund, Inc.; Lord Abbett Research Fund, Inc. – Lord Abbett Classic Stock Fund (n/k/a Lord Abbett Research Fund, Inc. – Lord Abbett Calibrated Dividend Growth Fund); Lord Abbett Securities Trust – Lord Abbett Fundamental Equity Fund; Lord Abbett Securities Trust – Lord Abbett Growth Leaders Fund; Lord Abbett Series Fund, Inc. – Growth and Income Portfolio; Lord Abbett Series Fund, Inc. – Fundamental Equity Portfolio; and Lord Abbett Global Fund, Inc. – Lord Abbett Global Allocation Fund (n/k/a Lord Abbett Global Fund, Inc. – Lord Abbett Multi-Asset Global Opportunity Fund) (collectively, "Plaintiffs" or the "Funds").  The undersigned counsel, on behalf of Plaintiffs, certifies that (1) the Funds are nongovernmental entities that have no parent corporation; and (2) the following publicly held entities, or entities related to publicly held companies, own 10% or more of (i) the outstanding shares of one or more of the Funds and/or (ii) one or more particular classes of the outstanding shares of one or more of the Funds:

<u>Lord Abbett Affiliated Fund, Inc.</u>

Edward Jones & Co.
Wells Fargo Advisors, LLC
Merrill Lynch, Pierce, Fenner & Smith Incorporated (a wholly owned subsidiary of Bank of America Corporation)
Morgan Stanley Smith Barney
Lord Abbett Multi-Asset Balanced Opportunity Fund
Lord Abbett Diversified Equity Strategy Fund
Lord Abbett Multi-Asset Growth Fund
Lord Abbett Multi-Asset Income Fund
Hartford Life Insurance Company (Separate Account 401(k) Plan)


<u>Lord Abbett Bond-Debenture Fund, Inc.</u>

Edward Jones & Co.
Wells Fargo Advisors, LLC
Merrill Lynch, Pierce, Fenner & Smith Incorporated (a wholly owned subsidiary of Bank of America Corporation)

UBS Financial Services Inc.
Morgan Stanley Smith Barney
Raymond James
Pershing LLC (a wholly owned subsidiary of The Bank of New York Mellon Corporation)
Wilmington Trust Company (a wholly owned division of M&T Bank)
Hartford Life Insurance Company (Separate Account)
ING Life Insurance and Annuity Company (a subsidiary of ING U.S., Inc. (n/k/a Voya Financial, Inc.))


<u>Lord Abbett Research Fund, Inc. – Lord Abbett Classic Stock Fund (n/k/a Lord Abbett Research Fund, Inc. – Lord Abbett Calibrated Dividend Growth Fund)</u>[1]

Edward Jones & Co.
Merrill Lynch, Pierce, Fenner & Smith Incorporated (a wholly owned subsidiary of Bank of America Corporation)
Morgan Stanley Smith Barney
Pershing LLC (a wholly owned subsidiary of The Bank of New York Mellon Corporation)
Wells Fargo
LPL Financial
Hartford Life Insurance Company (Separate Account 401(k) Plan)
Lord Abbett Diversified Equity Strategy Fund
Lord Abbett Growth & Income Strategy Fund
Hartford Life Insurance Company (Separate Account)
ING National Trust


<u>Lord Abbett Securities Trust – Lord Abbett Fundamental Equity Fund</u>

Edward Jones & Co.
Merrill Lynch, Pierce, Fenner & Smith Incorporated (a wholly owned subsidiary of Bank of America Corporation)
Wells Fargo Advisors, LLC
Morgan Stanley Smith Barney
Raymond James
Hartford Life Insurance Company (Separate Account 401(k) Plan)
ING National Trust
Hartford Securities Distribution Company Inc. (an ultimate subsidiary of Hartford Financial Services Group, Inc.) (Concentration Account)
Prudential Investment Management Services LLC
Hartford Life Insurance Company (Separate Account)
State Street Corporation

---

[1] On November 22, 2013, Lord Abbett Classic Stock Fund, a series of Lord Abbett Research Fund, Inc., was reorganized into Lord Abbett Calibrated Dividend Growth Fund, another series of Lord Abbett Research Fund, Inc.

Lord Abbett Securities Trust – Lord Abbett Growth Leaders Fund

Edward Jones & Co.
Raymond James
Wells Fargo Advisors, LLC
UBS Financial Services Inc.
Merrill Lynch, Pierce, Fenner & Smith Incorporated (a wholly owned subsidiary of Bank of America Corporation)
Morgan Stanley Smith Barney
LPL Financial
Lord Abbett Diversified Equity Strategy Fund
Lord, Abbett & Co. LLC
Stifel, Nicolaus & Company, Incorporated


Lord Abbett Series Fund, Inc. – Growth and Income Portfolio

AIG SunAmerica Life Assurance Company
Hartford Life and Annuity Insurance Company (Separate Account)
Protective Life Insurance Company


Lord Abbett Series Fund, Inc. – Fundamental Equity Portfolio

Hartford Life and Annuity Insurance Company
Protective Life Insurance Company (Variable Life Separate Account)
Sun Life Assurance Company of Canada (U.S.)


Lord Abbett Global Fund, Inc. – Lord Abbett Global Allocation Fund (n/k/a Lord Abbett Global Fund, Inc. – Lord Abbett Multi-Asset Global Opportunity Fund)[2]

Edward Jones & Co.
Wells Fargo
LPL Financial
Merrill Lynch, Pierce, Fenner & Smith Incorporated (a wholly owned subsidiary of Bank of America Corporation)
Morgan Stanley Smith Barney
Raymond James
Lord, Abbett & Co. LLC
Hartford Life Insurance Company (Separate Account)

---

[2] As of November 29, 2013, Lord Abbett Global Fund, Inc. – Lord Abbett Global Allocation Fund changed its name to Lord Abbett Global Fund, Inc. – Lord Abbett Multi-Asset Global Opportunity Fund.

Dated: April 10, 2014                           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                                By:     /s/ *Jason L. Lichtman*
                                                        Jason L. Lichtman (N.J. State Bar # 8092011)

                                                Steven E. Fineman
                                                Daniel P. Chiplock
                                                Michael J. Miarmi
                                                Jason L. Lichtman (N.J. State Bar # 8092011)
                                                Douglas I. Cuthbertson
                                                250 Hudson Street, 8th Floor
                                                New York, NY 10013-1413
                                                Telephone:   (212) 355-9500
                                                Facsimile:   (212) 355-9592
                                                E-mails: sfineman@lchb.com
                                                         dchiplock@lchb.com
                                                         mmiarmi@lchb.com
                                                         jlichtman@lchb.com
                                                         dcuthbertson@lchb.com

                                                Richard M. Heimann
                                                Bruce W. Leppla
                                                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                                275 Battery Street, 29th Floor
                                                San Francisco, CA 94111-3339
                                                Telephone:   (415) 956-1000
                                                Facsimile:   (415) 956-1008
                                                E-mails: rheimann@lchb.com
                                                         bleppla@lchb.com


                                                *Counsel for Plaintiffs*